**Order entered April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00974-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**AMBER LASHBROOK, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-23860**

## ORDER

Appellee's April 10, 2015 motion for extension of time in which to file her brief is

**GRANTED**. Appellee is **ORDERED** to file her brief on or before May 11, 2015. Any

additional requests for extension are discouraged.


/s/      MOLLY FRANCIS
PRESIDING JUSTICE